UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| AFFCO New Zealand, Ltd., a Foreign corporation<br><br>Plaintiff,<br><br>vs.<br><br>American Fine Foods Corp., a Florida corporation<br><br>Defendant. | CIVIL ACTION NO.: 10-CV-24105-JLK |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF <u>ELECTRONIC FILING</u>**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for David C. Brezina, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings ("Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the Motion and all other relevant factors, it is hereby:

ORDERED AND ADJUDGED that:

The Motion is GRANTED. David C. Brezina, Esq., may appear and participate in this action on behalf of Plaintiff, AFFCO New Zealand, Ltd. The Clerk shall provide electronic notification of all filings to David C. Brezina, Esq., at dbrezina@ladas.net.

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of February, 2011.

James Lawrence King
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record