## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

|  |  |
|---|---|
| AFFCO New Zealand, Ltd., a Foreign corporation | CIVIL ACTION NO.: 10-CV-24105-JLK |
| Plaintiff, |  |
| vs. |  |
| American Fine Foods Corp., a Florida corporation |  |
| Defendant. |  |

## <u>STATUS REPORT</u>

Plaintiff, AFFCO New Zealand, Ltd., by and through undersigned counsel and in response to this Court's Notice that Case will be Dismissed for Lack of Prosecution [DE 11] files this Status Report and states the following:

1. Plaintiff filed its Complaint against Defendant in November 2010 for Breach of Contract, Specific Performance, and Trademark Infringement.

2. Defendant filed its Answer, Affirmative Defenses, and Counterclaim for Declaratory Judgment on January 18, 2011.

3. Plaintiff then filed its Answer and Affirmative Defenses to the Counterclaim on February 4, 2011.

4. A Scheduling Order was issued by this Court on January 20, 2011 setting the matter for Jury Trial on March 26, 2012, along with other scheduling deadlines.

5. Since the pleadings in this matter were filed, counsel for Plaintiff and Defendant have been in communication, have discussed document production and have entered into settlement negotiations which have resulted in an offer and recent counteroffer.

6.      The relief sought by the parties in this matter is complex, including performance of a contract relating to International Trademark rights, as well as enforcement of US Trademark rights, and requires significant consideration when attempting to resolve this matter.

7.      While settlement negotiations have been ongoing, counsel for the Plaintiff has been organizing and compiling all of the documents that would be relevant in this matter.

8.      This Court, *sua sponte*, issued its Notice that the Case will be Dismissed for Lack of Prosecution on June 10, 2011, and provided counsel with 10 days to bring this case to issue.

9.      Based on the foregoing, undersigned counsel would respectfully request that this Court take notice of the parties ongoing efforts to resolve this matter, and the work that counsel is doing to litigate this matter in accordance with this Court's Scheduling Order, and other Rules of the Court.

Dated:  June 16, 2011                                    Respectfully submitted,

                                                                   /s/ John O. Sutton
                                                                   John O. Sutton
                                                                   Florida Bar. No. 245380
                                                                   alex@jamersonsutton.com
                                                                   JAMERSON & SUTTON LLP
                                                                   2655 Le Jeune Road
                                                                   Penthouse 2
                                                                   Coral Gables, FL 33134
                                                                   Tel: (305) 448-1295
                                                                   Fax: (305) 446-5236
                                                                   Counsel for Plaintiff

Of Counsel:

David C. Brezina
Ladas & Parry LLP
224 S Michigan Ave.
Suite 1600
Chicago, IL 60604
(312) 427-1300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 16, 2011 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/S John O. Sutton
John O. Sutton, Esq.

## SERVICE LIST
**AFFCO NEW ZEALAND, LTD., V. AMERICAN FINE FOOD CORP.**
**CASE NO.: 10-CIV-24105-JLK**
**United States District Court for the Southern District of Florida**

Matthew S. Nelles, Esq.
Florida Bar No.: 009245
mnelles@broadandcassel.com
Broad & Cassel
One Financial Plaza, Ste. 2700
100 S.E. 3rd Ave.,
Ft. Lauderdale, FL 33394
Tel:  (954) 764-7060
Fax:  (954) 761-8135
Counsel for Defendant

Arlen L. Olsen, Esq.
Schmeiser, Olsen & Watts, LLP
aolsen@iplawusa.com
22 Century Hill, Ste. 302
Latham, NY 12110
Tel:  (518) 220-1850
Fax: (518) 220-1857
Counsel for Defendant

David C. Brezina, Esq.
Ladas & Parry, LLP
dbrezina@ladas.net
224 S. Michigan Avenue, Ste. 1600
Chicago, IL 60604
Tel:  (312) 427-1300
Counsel for Plaintiff