UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-24105-CIV-KING

AFFCO NEW ZEALAND, LTD, *a foreign corporation,* (Counter Defendant)

    Plaintiff,

v.

AMERICAN FINE FOOD CORP., *a New York corporation* (Counter Claimant)

    Defendant.
_____/

**ORDER SETTING
TRIAL: JUNE 4, 2012
PRE-TRIAL: APRIL 6, 2012
DISCOVERY DEADLINE: FEBRUARY 1, 2012
& MOTION DEADLINE: FEBRUARY 6, 2012**

IT IS ORDERED and ADJUDGED that this case is hereby set for **trial** on the two-weeks trial calendar commencing **June 4, 2012**, at **9:00 a.m.**, at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida.

## CALENDAR CALL

In order to make sure that cases set on this calendar are completely ready for trial and that all matters which might be a cause of delay of the trial have been ruled upon, the court hereby reschedules a **calendar call** for **May 31, 2012**, at **2:00 p.m.**, at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida.

Under existing policies and agreements between the state and federal courts of Florida, the judge who enters the first written order scheduling a case for trial on a date set, has priority over the service of the attorney so scheduled for the date set. See Krasnow v. Navarro, 909 F. 2d 451 (11th Cir. 1990).

It shall be the duty of the attorneys herein set to ensure that no other judge schedules them for a trial that impacts upon or conflicts with the date set forth above. If any counsel receives a written notice of a trial from another judge, in either state or federal court, that in any way conflicts with this trial scheduled setting, it is the obligation of that attorney to notify that judge immediately so that the judge may reschedule his or her calendar, thus leaving counsel conflict free for this case.

Any private agreement, suggested or proposed Rule 16 scheduling conference agreements between counsel, Rule 16 scheduling order or orders of the court attempting to set dates or deadlines contrary to this order are hereby stricken and declared void.

The above-styled cause is hereby reset for **final pre-trial conference** on **April 6, 2012**, at **11:15 a.m.**, at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida.

## DISCOVERY AND MOTION PRACTICE DEADLINES

Pursuant to So. D. Fla. Rule 16.1, the parties shall abide by the following time schedule under penalty of dismissal or other sanctions:

**FEBRUARY 1, 2012**: **DEADLINE FOR CONDUCTING DISCOVERY.** No discovery will be permitted after this date, in order that the parties and the court have all facts of record prior to the deadline for filing motions and at pre-trial conference.

**FEBRUARY 6, 2012**: **DEADLINE FOR FILING ALL MOTIONS.** Pleading practice ends on this date except for a response by opposing party and reply to response by moving party. All motions, including motions in limine, shall be filed prior to this date. Motions for extension of time for replies and responses will not be granted for the reason that all unresolved motions will be considered and ruled upon at the pre-trial conference.

**TEN** days prior to PTC: One attorney from each party having authority to enter into stipulations and make admissions, shall meet to prepare and file the final pre-trial stipulation.

The attorneys must stipulate to a "Statement of the Case," as required by the local rules of court. It will be unacceptable, and the pre-trial stipulation is subject to rejection by the court for the attorneys to draft separate Statements of the Case (i.e., one for the plaintiff, one for the defendant). A unilateral statement of the case by one party is not a <u>stipulation of facts</u> as contemplated by the Rules. This is not the place for counsel to make opening statements or closing arguments for their clients. It is a joint stipulation of what the case is about.

**MARCH 30, 2012: DEADLINE FOR FILING PRE-TRIAL STIPULATION.** The pre-trial stipulation must be filed with the Clerk of Court (night box filing is not acceptable). A courtesy copy of the pre-trial stipulation shall be provided to chambers and chambers notified at (305) 523-5105 of any settlement between the parties by 4:30 p.m. on this date.

**PRE-TRIAL CONFERENCE**: The conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented party. If there are any unresolved pending motions, counsel must be fully prepared to present argument to the court and may expect the court to rule on said motions at the final pre-trial conference. It is the purpose of the court in setting this schedule to have all issues resolved, with nothing for the attorneys to do between final pre-trial conference and trial, except to summon and prepare their witness for trial. It eliminates last-minute motion and discovery practice requiring lawyers to frantically respond to notices of deposition and motions.

This order, establishing the deadlines for completion of motion practice, discovery, and filing of Pretrial Stipulation shall be strictly followed by counsel, notwithstanding any Local Rule of Court or private agreement between counsel, any filed (or unfiled) proposed Local Rule 16 scheduling deadlines or any other order of the court by other Judges.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 1st day of December, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:

**John Otto Sutton**
Jamerson Sutton & Surlas
2655 Le Jeune Road
Penthouse 2
Coral Gables, FL 33134
305-448-1295
Fax: 446-5236
Email: alex@jamersonsutton.com

**David C. Brezina**
Ladas & Parry, LLP
224 S. Michigan Avenue
Suite 1600
Chicago, IL 60604
312-427-1300
Email: dbrezina@ladas.net
***Counsel for Plaintiff***


**Matthew Scott Nelles**
Broad and Cassel
One Financial Plaza
Suite 2700
Fort Lauderdale, FL 33394
954 764-7060
Fax: 954 761-8135
Email: mnelles@broadandcassel.com

**Autondria S. Minor**
Schmeiser, Olsen & Watts, LLP
22 Century Hill Drive
Suite 302
Lathan, NY 12110
518-220-1850
Email: aminor@iplawusa.com

**Arlen L. Olsen**
Schmeiser, Olsen & Watts, LLP
22 Century Hill Drive
Suite 302
Latham, NY 12110
518-220-1850
Fax: 480-655-9536
Email: aolsen@iplawusa.com
***Counsel for Defendant***