UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| AFFCO New Zealand, Ltd., a Foreign corporation | CIVIL ACTION NO.: 10-CV-24105-JLK |
| Plaintiff, | |
| vs. | |
| American Fine Foods Corp., a Florida corporation | |
| Defendant. | |

**<u>NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR RELIEF OF JUDGMENT OR ORDER</u>**

Plaintiff AFFCO New Zealand, Ltd, ("AFFCO") by its attorneys John O. Sutton of Jamerson & Sutton LLP, and David C. Brezina, *pro hac vice*, of Ladas & Parry LLP respectfully Notices this Honorable Court of its withdrawal of Plaintiff's Motion for Relief of Judgment or Order.

Dated: April 10, 2012         Respectfully submitted,

/s/ John O. Sutton
John O. Sutton
Florida Bar. No. 245380
alex@jamersonsutton.com
JAMERSON & SUTTON LLP
2655 Le Jeune Road
Penthouse 2
Coral Gables, FL 33134
Tel: (305) 448-1295
Fax: (305) 446-5236
Counsel for Plaintiff

Of Counsel:

David C. Brezina
Ladas & Parry LLP
224 S Michigan Ave.
Suite 1600
Chicago, IL 60604
(312) 427-1300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 12, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/S John O. Sutton
John O. Sutton, Esq.

## SERVICE LIST
### AFFCO NEW ZEALAND, LTD., V. AMERICAN FINE FOOD CORP.
### CASE NO.: 10-CIV-24105-JLK
United States District Court for the Southern District of Florida

Matthew S. Nelles, Esq.
Florida Bar No.: 009245
mnelles@broadandcassel.com
Broad & Cassel
One Financial Plaza, Ste. 2700
100 S.E. 3rd Ave.,
Ft. Lauderdale, FL 33394
Tel:  (954) 764-7060
Fax:  (954) 761-8135
Counsel for Defendant

Arlen L. Olsen, Esq.
Schmeiser, Olsen & Watts, LLP
aolsen@iplawusa.com
22 Century Hill, Ste. 302
Latham, NY 12110
Tel:  (518) 220-1850
Fax: (518) 220-1857
Counsel for Defendant

David C. Brezina, Esq.
Ladas & Parry, LLP
dbrezina@ladas.net
224 S. Michigan Avenue, Ste. 1600
Chicago, IL 60604
Tel:  (312) 427-1300
Counsel for Plaintiff